DOROTHY W. LAYTON, Appellant, *v.* A. I. NAMM & SONS, INC., et al., Respondents.

Argued February 27, 1951; decided April 5, 1951.

*Seymour S. Detsky* for appellant.

*A. Hayne de Yampert* and *Raymond S. Blessing* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.